IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IRINA ARMOUR, INDIVIDUALLY,
AND ON BEHALF OF HERSELF AND
ALL OTHER SIMILARLY SITUATED
UNITED STATES RESIDENTS,

                Plaintiffs,

v.                                                                                       Case No.:  12-765

SURF STYLE RETAIL MANAGEMENT, INC.,
NIR OHAYON, AND FICTITIOUS
DEFENDANTS (A), (B), AND/OR (C),
BEING THOSE PERSONS, FIRMS, OR OTHER
LEGAL ENTITIES THAT EMPLOYED THE
PLAINTIFFS AND VIOLATED THE FAIR
LABOR STANDARDS ACT,

                Defendants.

## **REPORT OF THE PARTIES**

The parties met to discuss the best and most economical way to proceed in this matter. Due to the collective action/co-employee issues, the parties agreed to the following course of action:

1.   The plaintiff will not proceed with the collective action part of her case.  If additional employees wish to proceed with a FLSA claim against the defendants, the plaintiffs' attorneys will file a separate suit on behalf of those employees.  If it becomes necessary to file a collective action, it will be filed at that time.

2.   The parties agree that ordinary discovery shall be conducted in this case, and that the Court's abbreviated discovery is not the best way to proceed in light of the remaining co-employee issue.

3. The parties jointly propose that initial disclosures should be exchanged on or before April 1, 2013 and that formal discovery may commence immediately thereafter.

4. The report is submitted with the express consent of counsel for the defendants.

WHEREFORE, these premises considered, the parties request that this Honorable Court enter the appropriate Order to comply with the agreement of the parties and to enter any other relief that the Court deems appropriate under these circumstances.

> */s/ James Rebarchak*
> James Rebarchak (REBAJ2308)
> Attorney for Plaintiff

OF COUNSEL:

JONES WALKER, LLP
254 State Street
Mobile, Alabama 36603
(251) 432-1414
jrebarchak@joneswalker.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this 22nd day of March, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

> /s/James Rebarchak